# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN WOODSIDE, III | CIVIL ACTION |
| VERSUS | NUMBER: 17-12191 |
| PACIFIC UNION FINANCIAL, LLC | SECTION: "F" |

## J U D G M E N T

Considering the Court's order and reasons granting defendant's motion to dismiss, record document nos. 28 and 29; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant Pacific Union Financial, LLC and against plaintiff John Woodside, III, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this  28th  day of March 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE